# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

KATRINA MAE BLEVINS,

    Plaintiff,

v.                                                    CASE NO. 5:16-cv-00310-WTH-CAS

NANCY A BERRYHILL, COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY FEES UNDER EQUAL ACCESS TO JUSTICE ACT

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 12, 2018. (ECF No. 27). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.	Plaintiff is awarded attorney fees in the amount of $4,304.04 as a reasonable attorney fee under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). The Commissioner should be afforded, however, the opportunity to offset from this amount any debt owed by the Plaintiff to the United States that may be identified by the Department of Treasury and any ultimate distribution shall be made in accordance with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524 (2010).

**DONE AND ORDERED** this _1st_ day of June, 2018

_____
**UNITED STATES DISTRICT JUDGE**